**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Delano BOOTHE, Defendant– Appellant.**

No. 14–7797.

United States Court of Appeals, Fourth Circuit.

Submitted: April 23, 2015.

Decided: April 28, 2015.

Delano Boothe, Appellant Pro Se. Howard Jacob Zlotnick, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Delano Boothe appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. *See United States v. Smalls,* 720 F.3d 193 (4th Cir.2013). Accordingly, we affirm for the reasons stated by the district court. *United States v. Boothe,* No. 4:09–cr–00063–RBS–TEM–9 (E.D.Va. Nov. 25, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*